**DYKEMA GOSSETT LLP**
JON D. CANTOR, SBN: 091852
*jdcantor@dykema.com*
FREDRICK S. LEVIN, SBN: 187603
*flevin@dykema.com*
DAWN N. WILLIAMS, SBN: 267925
*dwilliams@dykema.com*
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
BANK OF AMERICA, N.A.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES

| | |
|---|---|
| In re:<br><br>Susan Lomas<br><br>　　　　Debtor.<br>_____<br>Susan Lomas, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bank of America, a National Association, as successor by merger to La Salle Bank National Association, as trustee for the Certificate C-BASS Mortgage Asset-Backed Certificate, Series, 2006-CV-7 and; does 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:10-ap-02672-EC<br><br>Chapter 7<br><br><br>**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF RULING** |

## <u>NOTICE OF RULING</u>

THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 16, 2010, at 1:30 p.m., the Court, having found that the underlying bankruptcy action, Case No. 2:10-bk-38296-EC, was dismissed on December 15, 2010, ruled that it would abstain from exercising jurisdiction over Plaintiff's claims and the present adversary proceeding is, therefore, dismissed.

Dated:  December 20, 2010

DYKEMA GOSSETT LLP


By: /s/ Jon D. Cantor            /
    Jon D. Cantor
    Fredrick S. Levin
    Dawn N. Williams
    Attorneys for Defendant Bank of America, N.A.

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE**
**SUITE 2100**
**LOS ANGELES, CALIFORNIA 90071**

| Susan Lomas v. Bank of America, et al. | |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-BK-38296-EC<br>2:10-ap-02672-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dykema Gossett, LLP, 333 So. Grand Ave., #2100, Los Angeles, CA 90071, 213-457-1800

A true and correct copy of the foregoing document described **DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF RULING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/20/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On  12/20/2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/20/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Ellen Carroll
United States Bankruptcy Court - Central District
255 E. Temple St.
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  | */s/ Caroline Acossano* |
|---|---|
| Date 12/20/2010    Type Name Caroline Acossano | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 9013-3.1**

| | |
|---|---|
| Susan Lomas v. Bank of America, et al.<br><br>Debtor(s). | CASE NUMBER 2:10-BK-38296-EC<br>2:10-ap-02672-EC |

**U.S. Mail Service List**

Susan Lomas
2528 Kendall St.
La Verne, CA 91750

souxsie@prodigy.net

323/533-5242
F: 310/734-6252

PAS01\172638.1
ID\DPE - 102959/0091

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                            **F 9013-3.1**